Shawn C. Groff (SBN 248022)
Estelle Pae Huerta (SBN 264819)
Ryan B. Kadevari (SBN 302957)
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
sgroff@leonardcarder.com
epae@leonardcarder.com
rkadevari@leonardcarder.com

Attorneys for Plaintiffs,
ILWU-PMA Welfare Plan
Union Trustees of ILWU-PMA Welfare Plan

D. Ward Kallstrom (SBN 76937)
Kathleen Cahill Slaught (SBN 168129)
Jonathan Braunstein (SBN 227322)
Seyfarth Shaw LLP
560 Mission Street 31st Floor
San Francisco, CA 94105
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
wkallstrom@seyfarth.com
kcahill@seyfarth.com
jbraunstein@seyfarth.com

Attorneys for Plaintiffs,
ILWU-PMA Welfare Plan
Employer Trustees of ILWU-PMA Welfare Plan

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN; TRUSTEES OF THE ILWU-PMA WELFARE PLAN<br><br>Plaintiffs,<br><br>vs.<br><br>SHARAM BORJKHANI, an individual; and SALIMEH MIRMOTAHARI, an individual<br><br>Defendants. | Case No. 3:15-cv-04225-HSG<br><br>Hon. Haywood Gilliam, Jr.<br><br>**AGREED ENTRY TO STAY PROCEEDINGS** |

---
AGREED ENTRY TO STAY PROCEEDINGS; Case No. 3:15-cv-04225-HSG
0

Based upon and in connection with their *Joint Motion to Stay Proceedings*, Plaintiffs, ILWU-PMA Welfare Plan ("Plan)" and Trustees of the ILWU-PMA Welfare Plan, and Defendants, Sharam Borjkhani and Salimeh Mirmotahari, (the "Parties") do hereby agree to and stipulate to the following:

1. The Defendants acknowledge the Plaintiffs' valid subrogation lien interest, in the amount of $167,909.92, in the Settlement between Defendants, the State of California, and Natalia Galdamez ("Settlement") related to the state court action (Los Angeles County Superior Court Case No. BC 447580) and their requirement to resolve it prior to distribution (after receipt by the Defendants of the proceeds of the Settlement) of the first $167,909.62 of such proceeds.

2. Defendants' counsel, Bob Khakshooy and Raymond McElfish ("Defendants' Counsel"), agree to retain at least $167,909.92 from any payments from the State of California and Natalia Galdamez (or her insurer) with respect to the Settlement in their Client Trust account until such time that the Plaintiffs' subrogation lien is resolved. Defendants may distribute amounts of the proceeds of the Settlement received in excess of the aforesaid sum of $167,909.92 to be retained in the Client Trust account of Defendants' Counsel.

3. Defendants and Defendants' Counsel agree that the sum of $167,909.92 will not be dissipated, transferred, conveyed, encumbered, disposed of, or otherwise distributed pending resolution of the Plaintiffs' valid subrogation lien.

4. The Parties jointly agree to stay proceedings in this matter until October 12, 2015 and attempt to negotiate, in good faith, a resolution regarding the Plaintiffs' subrogation lien.

5. Plaintiffs agree to provide Defendants' Counsel with copies of all documentation in support of its subrogation lien.

\ \ \

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL.: (510) 272-0169   FAX: (510) 272-0174

**IT IS SO ORDERED.**

Dated: September 28, 2015

*Haywood S. Gilliam Jr.*
Honorable Haywood Gilliam, Jr.
U.S. District Court Judge


/s/ Shawn C. Groff
Shawn C. Groff
Estelle Pae Huerta
Ryan B. Kadevari
Leonard Carder, LLP


/s/ D. Ward Kallstrom
D. Ward Kallstrom
Kathleen Cahill Slaught
Jonathan Braunstein
Seyfarth Shaw LLP

Attorney for Plaintiffs


_____
Bob B. Khakshooy
Law Offices of Bob B. Khakshooy


_____
Raymond D. McElfish
McElfish Law Firm

Attorney for Defendants

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL.: (510) 272-0169  FAX: (510) 272-0174