Shawn C. Groff (SBN 248022)
Estelle Pae Huerta (SBN 264819)
Ryan B. Kadevari (SBN 302957)
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
sgroff@leonardcarder.com
epae@leonardcarder.com
rkadevari@leonardcarder.com

Attorneys for Plaintiffs,
ILWU-PMA Welfare Plan
Union Trustees of ILWU-PMA Welfare Plan

D. Ward Kallstrom (SBN 76937)
Kathleen Cahill Slaught (SBN 168129)
Jonathan Braunstein (SBN 227322)
Seyfarth Shaw LLP
560 Mission Street 31st Floor
San Francisco, CA 94105
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
wkallstrom@seyfarth.com
kcahill@seyfarth.com
jbraunstein@seyfarth.com

Attorneys for Plaintiffs,
ILWU-PMA Welfare Plan
Employer Trustees of ILWU-PMA Welfare Plan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN; TRUSTEES OF THE ILWU-PMA WELFARE PLAN<br><br>Plaintiffs,<br><br>vs.<br><br>SHARAM BORJKHANI, an individual; and SALIMEH MIRMOTAHARI, an individual<br><br>Defendants. | Case No. 3:15-cv-04225-HSG<br><br>Hon. Haywood Gilliam, Jr.<br><br>**SUPPLEMENTAL AGREED ENTRY TO FURTHER STAY PROCEEDINGS** |

Based upon and in connection with their *Joint Motion to Further Stay Proceedings* and the prior *Agreed Entry to Stay Proceedings* entered and approved by this Court on September 28, 2015 (Docket No. 29), Plaintiffs, ILWU-PMA Welfare Plan ("Plan") and Trustees of the ILWU-PMA Welfare Plan, and Defendants, Sharam Borjkhani and Salimeh Mirmotahari, (the "Parties") do hereby agree to and stipulate to the following:

The Parties jointly agree to further stay proceedings in this matter until October 27, 2015 and continue to abide by the terms of the *Agreed Entry to Stay Proceedings* entered and approved by this Court on September 28, 2015.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge

For Plaintiffs:

/s/ Shawn C. Groff
Shawn C. Groff (SBN 248022)
Estelle Pae Huerta (SBN 264819)
Ryan B. Kadevari (SBN 302957)
Leonard Carder, LLP
1330 Broadway, Suite 1450, Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

/s/ D. Ward Kallstrom
D. Ward Kallstrom (SBN 76937)
Kathleen Cahill Slaught (SBN 168129)
Jonathan Braunstein (SBN 227322)
Seyfarth Shaw LLP
560 Mission Street 31st Floor
San Francisco, CA 94105
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

1
2
3
4
5
6
7

For Defendants:

_____
Bob B. Khakshooy (SBN 224022)
Law Offices of Bob B. Khakshooy
9454 Wilshire Blvd., Suite 600
Beverly Hills, CA 90212
Telephone: (310) 278-1234
Facsimile: (310) 278-0866

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174