Shawn C. Groff (SBN 248022)
Estelle Pae Huerta (SBN 264819)
Ryan B. Kadevari (SBN 302957)
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
sgroff@leonardcarder.com
epae@leonardcarder.com
rkadevari@leonardcarder.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ILWU-PMA WELFARE PLAN; TRUSTEES OF THE ILWU-PMA WELFARE PLAN<br><br>Plaintiffs,<br><br>vs.<br><br>SHARAM BORJKHANI, an individual; and SALIMEH MIRMOTAHARI, an individual<br><br>Defendants. | Case No. 3:15-cv-04225-~~EDL~~ HSG<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO SUBMIT CONFIDENTIAL HEALTH RECORDS UNDER SEAL |

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO SUBMIT CONFIDENTIAL HEALTH RECORDS UNDER SEAL; Case No. 3:15-cv-04225-~~EDL~~ HSG

i

## DOCUMENTS TO BE SUBMITTED UNDER SEAL

Pursuant to Plaintiffs' application to file under seal Exhibit C to Jeffrey Rhodes's Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, having reviewed the pleadings and papers on file in this action, and having considered the arguments, the Court GRANTS Plaintiffs' application to file under seal the following documents:

| Name of Document: | Description of Nature and Content: |
| --- | --- |
| Exhibit C to Jeffrey Rhodes's Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction for Defendant BORJKHANI's Checks Issued Registrars ("CIR") | Registrar of medical benefits paid on behalf of treatment sought by Defendants, which contain confidential and Protected Health Information under the federal Health Insurance Portability and Accountability Act ("HIPAA"). |
| Exhibit D to Jeffrey Rhodes's Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction for Defendant MIRMOTAHARI's CIR; | Registrar of medical benefits paid on behalf of treatment sought by Defendants, which contain confidential and Protected Health Information under the federal Health Insurance Portability and Accountability Act ("HIPAA"). |

IT IS SO ORDERED.

Dated: _____ October 19, 2015

Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge