Raymond McElfish, Esq. SBN 224390
**MCELFISH LAW FIRM**
1112 N. Sherbourne Drive
West Hollywood, CA 90069
Tel.: (310)-659-4900
Fax: (310) 659-4926

Bob B. Khakshooy, Esq. SBN 224044
David J. Koppelman SBN 272171
**LAW OFFICES OF BOB B. KHAKSHOOY**
9454 Wilshire Blvd., Suite 601
Beverly Hills, CA 90212
Tel.: (310) 278-6666
Fax: (310) 278-0866

Attorneys for Plaintiffs, SHARAM BORJKHANI and SALIMEH MORMOTAHARI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL WU-PMA WELFARE PLAN et, al., | CASE NO.: 15-cv-04225-HSG |
| Plaintiffs, | |
| vs. | Hon. Haywood Gilliam |
| SHARAM BORJKHANI, an individual; and SALIMEH MIRMOTAHARI, an individual; | REQUEST FOR ORDER TO ALLOW TELEPHONIC APPEARANCE |
| Defendants. | |

### DECLARATION

I Bob Khakshooy declare as follows:

I have personal knowledge of the facts set forth herein below and if called upon to do so I would be able to competently testify to them.

**Request to appear via Court Call**

1. I am an attorney duly licensed to practice before the Courts for the Northern District of California.

2. I am appearing for both myself and Mr. Raymond McElfish who is currently appearing in a Federal Matter in the State of New York.

3. I am located in the Los Angeles area and it is impossible for me to attend the CMC scheduled for 12/15/15 at 2:00PM.

4. It is respectfully requested that the Honorable Haywood Gilliam grant permission to allow me to use the services of Court Call in order to appear at the presently scheduled CMC scheduled for 12/15/15 at 2:00PM.

I declare under penalty of Perjury of the laws of the United States of America that the above is true and correct to the best of my knowledge.

Dated: December 14, 2015            **LAW OFFICES BOB B. KHAKSHOOY**

_____
 Bob B. Khakshooy, Esq
Attorneys for Plaintiffs SHARAM
BORJKHANI and SALIMEH
MORMOTAHARI


**THE McELFISH LAW FIRM**


_____
Raymond D. McElfish, Esq.
Attorneys for Plaintiffs SHARAM
BORJKHANI and SALIMEH
MORMOTAHARI

**Request to appear via Court Call**

Raymond McElfish, Esq. SBN 224390
**MCELFISH LAW FIRM**
1112 N. Sherbourne Drive
West Hollywood, CA 90069
Tel.: (310)-659-4900
Fax: (310) 659-4926

Bob B. Khakshooy, Esq. SBN 224044
David J. Koppelman SBN 272171
**LAW OFFICES OF BOB B. KHAKSHOOY**
9454 Wilshire Blvd., Suite 601
Beverly Hills, CA 90212
Tel.: (310) 278-6666
Fax: (310) 278-0866

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL WU-PMA WELFARE PLAN et, al., | CASE NO.: 15-cv-04225-HSG |
| Plaintiffs, | |
| vs. | Hon. Haywood S. Gilliam, Jr. |
| SHARAM BORJKHANI, an individual; and SALIMEH MIRMOTAHARI, an individual; | ORDER TO ALLOW TELEPHONIC APPEARANCE |
| Defendants. | |

The Court grants Defendants' Counsel Bob B. Khakshooy request to appear via Court Call on behalf of defendants' in the captioned matter on 12/15/2015. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

It is so ordered.

Dated 12/14/2015

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.