UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA Welfare Plan et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>Sharam Borjkhani, et al.,<br><br>    Defendants. | Case No.  3:15-cv-04225 HSG<br><br>ORDER RE: ATTENDANCE AT MEDIATION<br><br>Date:  March 08, 2016<br>Mediator:  Julia Campins |

IT IS HEREBY ORDERED that although the request to be excused and appear by telephone was not filed timely and was inadequate, and the supplemental request also remained inadequate, the request to excuse defendants' counsel, Bob Khakshooy, from appearing in person at the March 8, 2016 mediation before Julia Campins is GRANTED.  Mr. Khakshooy shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).   However, if the mediation does not settle on March 8, 2016, attorney Bob Kakshooy will be required to appear in person for any further mediation proceedings, as no additional telephonic appearances will be granted.

**IT IS SO ORDERED**.

Dated: March  7 , 2016

Maria-Elena James
United States Magistrate Judge