IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL WU-PMA WELFARE PLAN et, al., <br><br> Plaintiffs, <br><br> vs. <br><br> SHARAM BORJKHANI, an individual; and SALIMEH MIRMOTAHARI, an individual; <br><br> Defendants. | CASE NO.: 15-cv-04225-HSG <br><br> Hon. Haywood Gilliam <br><br> ~~PROPOSED~~ ORDER TO ALLOW TELEPHONIC APPEARANCE |

The Court grants Defendants' Counsel Bob B. Khakshooy and Evgenia Terehova request to appear via CourtCall on behalf of defendants' in the captioned matter on 03/15/2016. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

It is so ordered.

Dated 03/15/2016

*/s/ Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.