UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SHARAM BORJKHANI, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04225-HSG<br><br>**ORDER FOR DEFENSE COUNSEL TO APPEAR FOR SANCTIONS HEARING**<br><br>Re: Dkt. No. 63 |

The Court previously issued an order to show cause why defense counsel Bob Khakshooy should not be personally sanctioned for failing to serve initial disclosures and for non-compliance with local rules regarding case management procedure. *See* Dkt. No. 63. Defense counsel was ordered to respond by March 25, 2016, but failed to comply with the Court's order.

Similarly, the Court also ordered Mr. Khakshooy's co-counsel to order a transcript of the further case management conference that occurred in this matter on March 15, 2016, and direct Mr. Khakshooy, who did not attend, to review the transcript and e-file an acknowledgment on the docket. Dkt. No. 62. No such acknowledgment has yet been filed.

At that same further case management conference, the Court instructed the parties to meet and confer by 5:30 p.m. on March 15, 2016, regarding a proposed case schedule and submit it for the Court's consideration. *Id.* Plaintiff's counsel filed a proposed case schedule on March 21, 2016. Dkt. No. 64. In that filing, Plaintiff's counsel alerted the Court that Mr. Khakshooy did not participate in the preparation or filing of the case management statement. Dkt. No. 64-1 ¶¶ 4-8. Defendant still has not filed any proposed schedule, and failed to sign off on the filing of its proposal as part of the joint statement. *Id.*

///

In light of Mr. Khakshooy's continuing non-compliance with court orders, the Court hereby **ORDERS** him to appear in person for a sanctions hearing on April 7, 2016, at 2:00pm. Failure by Mr. Khakshooy to appear at this sanctions hearing will result in a contempt citation.

**IT IS SO ORDERED.**

Dated: March 28, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge