UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILWU-PMA WELFARE PLAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHARAM BORJKHANI, et al.,<br><br>    Defendants. | Case No. 15-cv-04225-HSG<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' proposed case schedules, the Court **SETS** the following case deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Schedule |
|---|---|
| Fact Discovery Cutoff | July 15, 2016 |
| Initial Designation of Expert Reports | August 5, 2016 |
| Rebuttal Expert Reports | August 19, 2016 |
| Expert Discovery Cutoff | August 26, 2016 |
| Deadline to File Dispositive Motions | September 13, 2016 |
| Hearing on Dispositive Motions | October 27, 2016, at 2:00pm |
| Pretrial Conference | November 22, 2016, at 3:00pm |
| Jury Trial | December 5, 2016, at 8:30am (tentatively scheduled for two days) |

The parties are directed to review and comply with the Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: April 15, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge